■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GONZALEZ MEDINA, Appellant. [784 NYS2d 373]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 17, 1981 (*People v Medina,* 80 AD2d 753 [1981]), affirming a judgment of the County Court, Dutchess County, rendered June 23, 1977.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Florio and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN MONTREVILI, Appellant. [784 NYS2d 372]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered July 11, 2002, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentencing.

Ordered that the judgment is affirmed.

The Supreme Court properly refused to submit the lesser-included offense of robbery in the third degree to the jury. There was no reasonable view of the evidence by which the jury could have found that the defendant committed the lesser offense but not the greater (*see People v Glover,* 57 NY2d 61 [1982]; *People v Scarborough,* 49 NY2d 364 [1980]; *see also People v Baskerville,* 60 NY2d 374, 381 [1983]). H. Miller, J.P., Crane, Mastro and Spolzino, JJ., concur.